# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ERIK MARCO GARCIA-BARTOLO, ) <br> ) <br> Defendant. ) | 8:09CR58 <br><br> ORDER ON MOTION <br> TO CONSOLIDATE CASES |
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ERIK GARCIA BARTOLO, ) <br> ) <br> Defendant. ) | 8:09CR193 <br><br> ORDER ON MOTION <br> TO CONSOLIDATE CASES |
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LORENZO REYES, ) <br> GIAVANA CARRILLO, ) <br> MARIA PASILLAS CASTANEDA, and ) <br> ERIK GARCIA BARTOLO, ) <br> ) <br> Defendants. ) | 8:09CR215 <br><br> ORDER ON MOTION <br> TO CONSOLIDATE CASES |

This matter is before the court on the motion of defendant, Erik Marco Garcia-Bartolo (named in Cases Nos. 8:09CR193 and 8:09CR215 as Erik Garcia Bartolo) to consolidate the above-captioned cases. Counsel for the United States does not object. Response time has passed, and the codefendants in Case No. 8:09CR215 filed no objection or response.

Upon review of the file, the court finds that the requirements of Rule 8 and 13 of the Federal Rules of Criminal Procedure have been met and the interests of justice are best served by joinder.

**IT IS ORDERED:**

1. The Motion to Consolidate Cases (#31 in 8:09CR58, #15 in 8:09CR193, and #58 in 8:09CR215) is granted.

2. The Clerk shall amend the records of the court to show that Cases Nos. 8:09CR58, 8:09CR193 and 8:09CR215 are consolidated for all further proceedings.

3. The cases will be set for trial, in accordance with the Speedy Trial Act, by further order of the court.

**DATED August 18, 2009.**

                                      **BY THE COURT:**

                                      s/ F.A. Gossett
                                      **United States Magistrate Judge**